UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE OSVALDO ARTEAGA, | ) Case No. CV 08-0599-DDP(RC) |
| Petitioner, | ) ORDER ADOPTING FINAL REPORT AND ) RECOMMENDATION OF UNITED STATES |
| vs. | ) MAGISTRATE JUDGE |
| KEN CLARK, WARDEN, | ) |
| Respondent. | ) |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Final Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a de novo determination.

    IT IS ORDERED that (1) the Final Report and Recommendation is approved and adopted; (2) the Final Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered dismissing the petition and the action as untimely.

//

1      IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2 Order, the Magistrate Judge's Final Report and Recommendation and
3 Judgment by the United States mail on petitioner.

5 DATED:    April 17, 2009

_____
       DEAN D. PREGERSON
    UNITED STATES DISTRICT JUDGE

R&Rs\08-0599.ado2
1/12/09