UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE OSVALDO ARTEAGA,<br><br>              Petitioner,<br><br>vs.<br><br>KEN CLARK, WARDEN,<br><br>              Respondent. | ) Case No. CV 08-0599-DDP(RC)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATE: April 17, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

R&Rs\08-0599.jud
12/9/08