## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 08-00599-DDP (KK)**　　　　　　　　　　Date: **April 2, 2015**

Title:  Jose Osvaldo Arteaga v. Ken Clark

### DOCKET ENTRY

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Deb Taylor</u>　　　　　　　　　　<u>None</u>
Deputy Clerk　　　　　　　　　Court Reporter/Recorder

ATTORNEYS PRESENT FOR PLAINTIFF(S):　　ATTORNEYS PRESENT FOR DEFENDANT(S):
　None　　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS:**　　　(IN CHAMBERS)

The Court has reviewed the Joint Proposed Briefing Schedule filed by the parties on February 13, 2015.  ECF Docket No. 59.  Among other things, the Joint Proposed Briefing Schedule states,  "Petitioner's counsel anticipates it will take approximately two months to review Petitioner's case files and determine what further discovery will be necessary to collect evidence for the evidentiary hearing."  <u>Id.</u> at 2.

Thus, the Court hereby ORDERS the following:

On or before **May 4, 2015**, the parties shall file a joint stipulation regarding discovery, pursuant to Local Rules 37-2.1 and 83-17.7(f).  The joint stipulation shall specify what discovery, including depositions, the parties have agreed upon; and will set forth each item of discovery in dispute.  With respect to the agreed upon depositions, the parties shall provide the name of the witness, along with a proffer as to what relevant subject areas the witness is anticipated to address.  With respect to the items in dispute, the parties shall strictly follow the requirements of Local Rule 37-2.

The Court declines to address the additional issues presented by the parties in their Joint Proposed Briefing Schedule at this time.

　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　　dts

MINUTES FORM 11
CIVIL-GEN