UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE OSVALDO ARTEAGA,<br><br>      Petitioner,<br><br>    v.<br><br>JENNIFER BARRETO, Warden,<br><br>      Respondent. | Case No. CV 08-599-DDP (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the First Amended Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge that the First Amended Petition is timely.

  IT IS THEREFORE ORDERED that Respondent shall file an Answer to the First Amended Petition within thirty (30) days of the date of this order.

Dated: December 13, 2016

                HONORABLE DEAN D. PREGERSON
                United States District Judge