JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE OSVALDO ARTEAGA,<br><br>   Petitioner,<br><br>   v.<br><br>KEN CLARK, Warden,<br><br>   Respondent. | Case No. CV 08-599-DDP (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Final Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is DENIED and this action is DISMISSED with prejudice.

Dated: 11-5-18

HONORABLE DEAN D. PREGERSON
United States District Judge